UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICA COTTLE, | ) | |
| *on behalf of herself and others similarly situated,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MONITECH, INC., | ) | 7:17-CV-137-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This cause comes before the Court on defendant's motion to dismiss pursuant to Rules 12(b)(l) and 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** defendant Monitech Inc.'s motion to dismiss [DE 13] is GRANTED and this action is DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on December 20, 2017, and served on:**
Jesse S. Johnson  (via CM/ECF Notice of Electronic Filing)
Wesley S. White (via CM/ECF Notice of Electronic Filing)
Carl N. Patterson, Jr. (via CM/ECF Notice of Electronic Filing)
Clifton L. Brinson (via CM/ECF Notice of Electronic Filing)
Irene Oberman Khagi (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

December 20, 2017

 /s/Lindsay Stouch
By: Deputy Clerk